UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER JOHNSON,<br><br>                Plaintiff,<br>    v.<br><br>TRANSUNION, LLC.,<br><br>                Defendants. | Case No. 3:23-cv-5212-BHS<br><br>ORDER |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $402.00

Dated this 6th 5th day of April, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 1