UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER C JOHNSON,

Plaintiff(s),

v.

TRANSUNION LLC et al.,

Defendant(s).

Case No. 3:23–cv–05212–BHS

ORDER SETTING
JURY TRIAL AND
PRETRIAL DATES

## I. TRIAL AND PRETRIAL DATES

| | |
|---|---|
| 3 DAY JURY TRIAL set for 09:00 AM | September 17, 2024 |
| Deadline for filing motion to join parties | September 18, 2023 |
| Deadline for amending pleadings | September 27, 2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 11, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | April 10, 2024 |
| All motions related to discovery must be filed by | April 22, 2024 |
| Discovery completed by | May 20, 2024 |
| All dispositive motions must be filed by | June 20, 2024 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | August 12, 2024 |
| Agreed pretrial order filed with the Court by | August 26, 2024 |
| Pretrial conference will be held at 02:00 PM on | September 3, 2024 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | August 27, 2024 |

If any of the dates identified in this order or the Local Civil Rules fall on

a weekend or federal holiday, the act or event shall be performed on that day,

per LCR 6. These are firm dates that can be changed only by order of the Court.

If this case is not settled, it will go to trial on the date set or as soon

thereafter as the Court is available.

## II. FINDINGS OF FACT AND CONCLUSIONS OF LAW

Where appropriate, the parties are encouraged to work together in the

creation of proposed findings of fact and conclusions of law. On or before

the deadline for filing proposed findings and conclusions the parties shall

email their proposed findings and conclusions in Word format to

settleorders@wawd.uscourts.gov.

## III. PRIVACY POLICY

Pursuant to LCR 5.2(a), parties are to redact the following information

from documents and exhibits before they are filed with the Court:

* Dates of Birth – redact to the year of birth, unless deceased.
* Names of Minor Children – redact to the initials, unless deceased or currently over the age of 18.
* Social Security or Taxpayer ID Numbers – redact in their entirety.
* Financial Accounting Information – redact to the last four digits.
* Passport Numbers and Driver License Numbers – redact in their entirety.

## IV. SETTLEMENT

If this case is settled, please advise the Court immediately at

mary_trent@wawd.uscourts.gov.

DATED:  The 17th of August 2023.

_s/ Benjamin H. Settle_

Benjamin H. Settle
United States District Judge