UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C JOHNSON, | CASE NO. C23-5212-KKE |
| Plaintiff, | ORDER |
| v. | |
| TRANSUNION LLC et al, | |
| Defendants. | |

THIS MATTER came before the Court on the parties' stipulated motion for dismissal with prejudice.  Dkt. No. 22.  Now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims of the Plaintiff Christopher C. Johnson against Transunion LLC be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this 21st day of September, 2023.

_____
Kymberly K. Evanson
United States District Judge

ORDER - 1