UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER C JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSUNION LLC et al.,<br><br>    Defendants. | CASE NO. C23-5212-KKE<br><br>ORDER DENYING MODEL STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the parties' stipulated motion for a protective order. Dkt. No. 28.  The motion does not comply with Local Civil Rule 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." The parties' motion (Dkt. No. 28) is therefore DENIED without prejudice, subject to re-filing in compliance with Local Civil Rule 26(c)(2).

Dated this 1st day of February, 2024.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MODEL STIPULATED PROTECTIVE ORDER - 1